IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| NANCY P. PROCHASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-C-185-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This case having come before the Court on the parties' Joint Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, this Court hereby GRANTS the Joint Motion and hereby ORDERS that this case be remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, as set forth in the Joint Motion.

Entered this 19th day of August, 2008.

BARBARA B. CRABB, JUDGE,
UNITED STATES DISTRICT COURT