IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NANCY P. PROCHASKA,

                Plaintiff,                ORDER

      v.                                    08-cv-185-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

      Plaintiff Nancy Prochaska, by her attorney Frederick J. Daley, Jr., and defendant Michael J. Astrue, the commissioner of social security, by his attorneys Erik C. Peterson, United States Attorney for the Western District of Wisconsin, and Richard D. Humphrey, Assistant United States Attorney, have jointly moved this court to enter an order awarding attorney fees to plaintiff in the amount of $5,000 and costs in the amount of $350 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Pursuant to the agreement of the parties, I will grant this motion.

ORDER

      IT IS ORDERED that the parties' joint motion for an award of attorney fees and expenses under the Equal Access to Justice Act is GRANTED. Plaintiff is awarded fees in

the amount of $5,000 and costs in the amount of $350 to be paid to plaintiff's attorney, Frederick J. Daley.

Entered this 22nd day of October, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge