IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NANCY P. PROCHASKA,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-185-bbc

    This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Nancy P. Prochaska against defendant Michael J. Astrue granting plaintiff's motion for attorney fees and costs under the Equal Access to Justice Act in the amount of $5,350.00.

Approved as to form this 23 day of October, 2008.

_Barbara B. Crabb_
BARBARA B. CRABB,
District Judge

_Joel Turner_
Joel Turner, Acting Clerk of Court

10/24/08
Date